1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAJESHKUMAR PATEL,                )   No. C 08-5093 JW
                                  )
            Plaintiff,            )
                                  )
     v.                           )   **STIPULATED DISMISSAL;**
                                  )   **PROPOSED ORDER**
ROSEMARY MELVILLE, District       )
Director, United States Citizenship and )
Immigration Services, et al.,     )
                                  )
            Defendants.           )
_____)

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action in light of the fact the United States Citizenship and Immigration Services is ready to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of dismissal of this action.

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 08-5093 JW

The parties shall bear their own costs and fees.

Dated: December 12, 2008                                    Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: December 12, 2008

                                                _____/s/_____
                                                CHARLES E. NICHOL
                                                Attorney for Plaintiff

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED, and the Case Management Conference scheduled for June 1, 2009, is hereby VACATED.  The Clerk shall close the file.

Dated:   December 12, 2008

                                                _____
                                                JAMES WARE
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATED DISMISSAL
No.  C 08-5093 JW                                2